I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED  10-31-2014

DEPUTY CLERK

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES E. THORNBERG, | Case No. CV 14-08091 DSF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| JACK FOX, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: October 31, 2014

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY